**C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY**
Culver Road Armory
145 Culver Road, Suite 100
Rochester, New York 14620
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylancode.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sciaccia@boylancode.com

September 22, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court
100 State Street
Rochester, New York 14614

    Re:    Daniel T. Harris and Lois G. Harris
           Bankruptcy Case #10-22255
           **Request to Deposit Unclaimed Funds into the United States Treasury**

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $4.03. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    _____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    **X** The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    **Claimant: Asset Acceptance LLC    Amount: $4.03    Claims Register: #2**

                              C. Bruce Lawrence

Case Number 10-22255 - HARRIS, DANIEL T.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Asset Acceptance LLC**<br>**Po Box 2036**<br>**Warren MI 48090**<br>  (2-1) 24223305 | 000002 | 147.87 | 4.03 |
| ---------- Remittance Total --------------- | | 147.87 | 4.03 |

*[signature]*

C. BRUCE LAWRENCE, Trustee